PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Michael David Bernstein                                                     Cr.: 21-00095-001
                                                                                              PACTS #: 6444601

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/22/2016

Original Offense:   Count One: Conspiracy To Defraud The United States, 18 U.S.C. § 371

Original Sentence: 8 months imprisonment, 36 months supervised release

Special Conditions: Restitution - $58,843.61, Substance Abuse Testing and Treatment

Type of Supervision: Supervised Release                     Date Supervision Commenced: 06/09/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On June 4, 2021, Bernstein left a voice mail for the undersigned advising he had relapsed. He admitted to smoking marijuana that was laced with cocaine and drank alcohol. Bernstein is also supervised by New Jersey State Parole and signed their drug admission form admitting to the drug use. |

U.S. Probation Officer Action:
Bernstein was released from prison June 9, 2020 and has had no instances of non-compliance. In conjunction with New Jersey State Parole, we scheduled an intake appointment at Guided Life Structures in Somerset, New Jersey. We will continue to monitor Bernstein's compliance with treatment and will continue to coordinate supervision with New Jersey State Parole.

                                            Respectfully submitted,

                                            SUSAN M. SMALLEY, Chief
                                            U.S. Probation Officer

                                            *Amy J. Capozzolo*
                                      By:   AMY J. CAPOZZOLO
                                            Senior U.S. Probation Officer

/ ajc

Prob 12A – page 2
Michael David Bernstein

APPROVED:

*Sharon O'Brien*   *July 22, 2021*
SHARON O'BRIEN                    Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

July 23, 2021
Date